**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM P. BROWN,

     Plaintiff,

v.                                      Case No. 8:23-cv-141-WFJ-AEP

NAPHCARE, INC., *et al.*,

     Defendants.
_____/

**ORDER**

Before the Court is Mr. Brown's Amended Complaint (Doc. 14). The Amended Complaint must be dismissed because Mr. Brown failed to use the Court's civil rights complaint form, as required by the Court's April 5, 2023 Order (See Doc. 13 at p. 2). Moreover, the Amended Complaint fails to state a claim upon which relief can be granted because it alleges no facts regarding Defendants or how they violated his constitutional rights.

Accordingly:

1. The Amended Complaint (Doc. 14) is **DISMISSED WITHOUT PREJUDICE**.

    a. If Mr. Brown wishes to file a second amended complaint to remedy the noted deficiencies, he shall file it within THIRTY (30) DAYS of the date of this Order.

    b. To amend, Mr. Brown must complete a new civil rights complaint form, titling it "Second Amended Complaint." The second amended complaint must include all of Mr. Brown's claims and may not refer to, or incorporate, the original complaint or amended

complaint. The second amended complaint shall supersede those complaints. *Malowney v.*
*Fed. Collection Deposit Group*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999).

      c. The second amended complaint will be subject to initial screening under 28
U.S.C. § 1915A.

    2. If Mr. Brown fails to file a second amended complaint within thirty days or fails to
seek an extension of time to do so, this action will be dismissed without prejudice.

    3. Mr. Brown must advise the Court of any change of address. He must entitle the
paper "Notice to the Court of Change of Address" and must exclude any motions from the
notice. Failure to inform the Court of an address change may result in the dismissal of this
case without further notice.

    4. The Clerk must mail a copy of both the standard prisoner civil rights complaint form
and this Order to Mr. Brown.

    **ORDERED** in Tampa, Florida, on May 4, 2023.

                    _____
                    **WILLIAM F. JUNG**
                    **UNITED STATES DISTRICT JUDGE**

SA: sfc
Copy to: William P. Brown, *pro se*

2