UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM P. BROWN,

    Plaintiff,

v.                                          Case No. 8:23-cv-141-WFJ-AEP

CHAD CHRONISTER, SHERIFF,
HILLSBOROUGH COUNTY, *et al.*,

    Defendants.
_____/

**ORDER**

This matter is before the Court on review of the file. Defendant Chronister has filed a motion to dismiss (See Doc. 37). The parties are authorized to seek discovery from one another as provided in the Federal Rules of Civil Procedure.[1]

Accordingly:

1. Discovery (including depositions and the service of written discovery requests) must be completed within 120 days of the date of this Order. The deposition of Mr. Brown, a state prisoner, may be taken during the discovery period, provided prior arrangements are made with his custodian. See Rule 30(a)(2)(B), Fed.R.Civ.P.

2. Mr. Brown is cautioned that discovery materials shall not be filed with the Court.

**ORDERED** in Tampa, Florida, on November 28, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record; William P. Brown, *pro se*

---

[1] The Court allowed Mr. Brown's claims to remain pending against the "John Doe" correctional officers and Sheriff Chronister to provide Mr. Brown the opportunity to discover the identity of the individual officers (See Doc. 20 at 4).