UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM P. BROWN,

    Plaintiff,

v.                                                            Case No. 8:23-cv-141-WFJ-AEP

CHAD CHRONISTER, SHERIFF,
HILLSBOROUGH COUNTY, *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is Mr. Brown's Motion for Service of Process (Doc. 62). Upon consideration:

1. The Motion for Service of Process (Doc. 62) is **GRANTED**.

2. The Clerk is directed to issue a summons for Defendant Hillsborough County and provide copies of the completed summons, completed Marshal 285 form, and fourth amended complaint (Doc. 61) to the U.S. Marshal.

3. Not later than 30 days from the date of this order, the Marshal shall serve by personal service the summons and the fourth amended complaint (see Doc. 61) on Defendant Hillsborough County. Within 30 days of the date of personal service, the Marshal shall file the return of service.

ORDERED in Tampa, Florida, on September 25, 2024.

                                                                                       */s/ William F. Jung*
                                                                                       WILLIAM F. JUNG
                                                                                       UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    William P. Brown, *pro se*