## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIAM P. BROWN,

     Plaintiff,

v.                                                    Case No. 8:23-cv-141-WFJ-AEP

CHAD CHRONISTER, SHERIFF,
HILLSBOROUGH COUNTY, *et al.*,

     Defendants.

_____/

## **ORDER**

Before the Court are Defendant Hillsborough County's Motion to Quash Service of Process and to Dismiss for Lack of Personal Jurisdiction (Doc. 72), and Mr. Brown's Motion for Service of Process (Doc. 78). Upon consideration, it is ORDERED that:

1. Because service on Defendant Hillsborough County was not proper, the Motion to Quash Service of Process and to Dismiss for Lack of Personal Jurisdiction (Doc. 72) is **GRANTED** only to the extent that it seeks to quash service. *See Umbenhauer v. Woog*, 969 F.2d 25, 30 (3d Cir.1992) ("[D]ismissal of a complaint is inappropriate when there exists a reasonable prospect that service may yet be obtained. In such instances, the district court should, at most, quash service, leaving the plaintiffs free to effect proper service.").

2. Mr. Brown's Motion for Service of Process (Doc. 78) is **GRANTED**. The Clerk is directed to issue a summons for Defendant Hillsborough County and provide copies of the completed summons, completed Marshal 285 form, and fourth amended complaint (Doc.

1

61) to the U.S. Marshal. Not later than 30 days from the date of this order, the Marshal shall serve by personal service the summons and the fourth amended complaint on Defendant Hillsborough County at the County's address at 601 Kennedy Blvd. 2, Tampa, FL 33607. Within 30 days of the date of personal service, the Marshal shall file the return of service.

ORDERED in Tampa, Florida, on January 8, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    William P. Brown, *pro se*

2